IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ABEL RUBIO-LARA,

    Defendant.

NO. CR 10-0914 TEH

ORDER SETTING MOTIONS HEARING

The court has received the parties' request for a second pretrial conference, which was filed on September 8, 2011. According to their papers, the parties seek this second pretrial conference in order that they might be afforded an opportunity to present argument on the remaining motions *in limine*, and receive a decision on these motions prior to the start of trial in this case (presently set for September 27, 2011).

The proper setting for this purpose is a motions hearing, rather than further pretrial conferences. The court therefore orders the parties to appear at 10:00 a.m. on Wednesday, September 21, to present oral argument on the outstanding motions *in limine*.

The response to defendant's motion *in limine* regarding Officer Bowers, filed today by the United States, is untimely under Local Rule 47-1 and 47-2, and, accordingly, is rejected without prejudice. The United States is free to raise any arguments regarding this motion *in limine* or any of the other pending motions *in limine* at the motions hearing on Wednesday, September 21, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: 9/13/2011

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT